■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD SCOTT, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered June 9, 1975 (the date on the clerk's extract of the minutes is August 6, 1975), convicting him of robbery in the first degree, robbery in the second degree (three counts), grand larceny in the third degree and assault in the second degree (three counts), upon a jury verdict, and imposing sentence. Case remanded to the Supreme Court, Kings County, for a hearing to determine whether the 11-month delay between indictment and defendant's first motion to dismiss the indictment was occasioned by the District Attorney. Appeal held in abeyance in the interim. Where there has been a delay of over 11 months between the indictment and postindictment prosecution, a mere claim that the People made a good faith effort to locate the defendant is insufficient. A hearing must be held to determine whether the postindictment delay was reasonable (see *People v Wallace,* 26 NY2d 371; *People v Valentin,* 46 AD2d 906). Hopkins, Acting P. J., Martuscello, Latham, Titone and Hawkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID SEWARD, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Westchester County, rendered April 9, 1975, convicting him of four counts of criminal possession of a controlled substance in the third degree and four counts of criminally selling a controlled substance in the third degree, upon a jury verdict, and imposing sentence. The appeal brings up for review an order of the same court, dated April 8, 1975, which denied defendant's motion to set aside the verdict. Judgment and order affirmed on the opinion of Mr. Justice Jones at Criminal Term. The determination herein is consistent with the recent Court of Appeals decision in *People v Pena* (37 NY2d 642). Martuscello, Acting P. J., Latham, Cohalan, Damiani and Hawkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS JARRETT SHAW, Appellant.—Appeal by defendant, as limited by his brief, from six sentences of the County Court, Suffolk County, all imposed September 16, 1975. Appeal by defendant from an order of the County Court, Suffolk County, dated October 1, 1975, which denied his motion to vacate the forfeiture of cash bail. Sentences affirmed. No opinion. Order affirmed, without costs or disbursements. Under the facts herein, the motion was properly denied. Hopkins, Acting P. J., Martuscello, Latham, Titone and Hawkins, JJ., concur.